**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Richard PUENTES–FUENTES,**
**Defendant–Appellant.**

No. 10–10354
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 29, 2011.

Suzanna Odette Etessam, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Bruce Cameron Kaye, Esq., Law Offices of Bruce C. Kaye, Dallas, TX, for Defendant–Appellant.

Richard Puentes–Fuentes, CI Big Spring, Big Spring, TX, pro se.

Before KING, JOLLY, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Richard Puentes–Fuentes has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Puentes–Fuentes

has not filed a response. Our review of counsel's brief and the record discloses no nonfrivolous issue for appeal. We concur with counsel's conclusion that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.